UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ,

                Plaintiff,

        - against -

BROWNING,

                Defendant.

21-cv-1814 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 17, 2021.

    SO ORDERED.

Dated:    New York, New York
           May 3, 2021

                                        John G. Koeltl
                                United States District Judge