UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHISTIAN SANCHEZ,

                Plaintiff,

- against -

BROWNING,

                Defendant.

21 Civ. 1814 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The June 10, 2021 conference is canceled in view of the Scheduling Order.

SO ORDERED.

Dated: New York, New York
       June 4, 2021

                                  John G. Koeltl
                            United States District Judge

USDS SDNY
D(
F
D(
DA